**Electronically Filed**
**Supreme Court**
**SCWC-17-0000078**
**16-APR-2020**
**09:55 AM**

SCWC-17-0000078

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KENTARU KRISTOPHER STONE, also known as KENTARO K. STONE,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000078; 1PC161000543)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kentaru Kristopher Stone's, also known as Kentaro K. Stone, application for writ of certiorari filed on March 5, 2020, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, April 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson